**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 17-cv-67-PAB-CBS

K.M., by and through his next friends, J.M. and B.J.M.;
J.M., individually;
B.J.M., individually;
M.F., by and through her next friend, W.F.;
W.F., individually;
J.S., by and through his next friends, C.S. and F.S.;
C.S., individually;
F.S., individually;
M.B., by and through his next friend, B.B.;
A.C., by and through his next friend, T.C.;
S.K., by and through her next friend, THE ARC OF PUEBLO;
R.W., by and through her next friend, THE ARC OF PUEBLO;
K.S., by and through her next friend, THE ARC OF PUEBLO;
E.P., by and through his next friend, THE ARC OF PUEBLO;
D.M., by and through her next friend, THE ARC OF PUEBLO;
R.L., by and through his next friend, THE ARC OF PUEBLO;
C.H., by and through his next friend, THE ARC OF PUEBLO;
D.S., by and through his next friend, THE ARC OF PUEBLO;
R.P., by and through his next friend, THE ARC OF PUEBLO;
L.V., by and through her next friend, THE ARC OF PUEBLO;
W.S., by and through his next friend, THE ARC OF PUEBLO;
T.J.S., by and through his next friend, THE ARC OF PUEBLO;
B.C., by and through her next friend, THE ARC PIKES PEAK REGION;
P.B., by and through her next friend, THE ARC PIKES PEAK REGION; and
ESTATE OF B.B., by and through its personal representative, THE ARC OF PUEBLO,[1]

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, JR., in his official capacity as Governor of Colorado;
COLORADO DEPARTMENT OF HUMAN SERVICES;
REGGIE BICHA;
NIKKI HATCH;
VICKI MANLEY;
SARAH AURICH;
TRACY MYSZAK;

---

[1] Plaintiffs K.M., M.F., J.S., M.B., A.C., S.K., R.W., K.S., E.P., D.M., R.L., C.H., D.S., R.P., L.V., W.S., T.J..S. B.C., P.B., and Estate of B.B. are collectedly referred to herein as the "PRC-resident Plaintiffs."

LAURA DEVRIES;
JENNIFER BURKE;
MICHELLE OHNEMUS;
MARIT MELAND;
ISAAC LAWAL;
SARAH LIPPE;
KRISTIE PALUCH;
CARLA JUAREZ;
TONY GHERARDINI; and
JOHN & JANE DOES 1-10,

      Defendants.

## **STIPULATED** MOTION FOR ORDER TO HOLD CASE IN ABEYANCE

      The Parties, by and through their undersigned counsel of record, hereby submit the following Stipulated Motion for Order to Hold Case In Abeyance, and state as follows:

      1.      Currently, there are several motions pending before this Court, including Defendant Manley's Motion to Dismiss [Doc. 38], the State Defendants Motion to Dismiss [Doc. 40], and the Individual Defendants Joint Motion to Stay Proceedings [Doc. 44].

      2.      On September 14, 2017, the Parties engaged in a private mediation, and the mediator has proposed a settlement offer. This offer will remain open until close of business September 21, 2017.

      3.      To ensure the preservation of judicial resources, the Parties hereby inform the Court of these negotiations, and seek to briefly hold this case in abeyance given the dispositive matters pending in this case.

      4.      The Parties will notify the Court whether or not a settlement has been reached by close of business on Monday, September 25, 2017.

      5.      No party will be prejudiced by the relief sought herein.

## **CONCLUSION**

WHEREFORE the Parties respectfully requests that the Court issue an Order holding this case in abeyance until further Notice at the end of this week.

DATED this 19th day of September 2017.

| | |
|---|---|
| *s/ Mari Newman* | *s/ Amy Colony* |
| _____ | _____ |
| Darold W. Killmer | Kathleen Spalding |
| Mari Newman | Amy Colony |
| Michael P. Fairhurst | Attorney General's Office |
| Killmer, Lane & Newman, LLP | Civil Litigation & Employment Law Section |
| 1543 Champa Street, Suite 400 | 1300 Broadway, 10th Floor |
| Denver, Colorado 80202 | Denver, CO 80203 |
| Phone: (303) 571-1000 | Phone: (720) 508-6634 |
| Facsimile: (303) 571-1001 | Kit.Spalding@coag.gov |
| dkillmer@kln-law.com | Amy.coloy@coag.gov |
| mnewman@kln-law.com | |
| mfairhurst@kln-law.com | *Counsel for John W. Hickenlooper, Jr., Colorado Department of Human Services, Reggie Bicha, Nikki Hatch, Sarah Aurich, Laura Devries, Jennifer Burke, Michelle Ohnemus, Marit Meland, Issac Lawal, Sarah Lippe, Kristie Paluch, Carla Juarez, and Tony Gherardini* |
| *Attorneys for Plaintiffs* | |

*s/ Gabriella Stockmayer*
_____
William A. Rogers, III
Gabriella Stockmayer
DIETZE AND DAVIS, P.C.
2060 Broadway, Suite 400
Boulder, CO 80302
(303) 447-1375
wrogers@dietzedavis.com
gstockmayer@dietzedavis.com

*Counsel for Defendant Viki Manley*


*s/ Cathy Havener Greer*
_____
Cathy Havener Greer
William T. O'Connell

WELLS, ANDERSON & RACE, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
Phone: (303) 830-1212
Fax: (303) 830-0898
cgreer@warllc.com
woconnell@warllc.com

*Counsel for Defendant Tracy Myzsak*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2017, I filed the foregoing via the CM/ECF system, which will send notice to the following:

Kathleen Spalding
Amy Colony
Attorney General's Office
Civil Litigation & Employment Law Section
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO  80203
Phone: (720) 508-6634
Kit.Spalding@coag.gov
Amy.coloy@coag.gov

*Counsel for John W. Hickenlooper, Jr., Colorado Department of Human Services, Reggie Bicha, Nikki Hatch, Sarah Aurich, Laura Devries, Jennifer Burke, Michelle Ohnemus, Marit Meland, Issac Lawal, Sarah Lippe, Kristie Paluch, Carla Juarez, and Tony Gherardini*

William A. Rogers, III
DIETZE AND DAVIS, P.C.
2060 Broadway, Suite 400
Boulder, CO  80302
(303) 447-1375
wrogers@dietzedavis.com

*Counsel for Defendant Vicki Manley*

Cathy Havener Greer
William T. O'Connell
WELLS, ANDERSON & RACE, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
Phone: (303) 830-1212
Fax: (303) 830-0898

cgreer@warllc.com
woconnell@warllc.com

*Counsel for Defendant Tracy Myzsak*

                                          KILLMER, LANE & NEWMAN, LLP

                                          *s/ Jesse Askeland*
                                          _____
                                          Jesse Askeland