# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-cv-67-PAB-MLC

K.M., by and through his next friends, J.M. and B.J.M., *et al.,*

 Plaintiffs,

v.

JOHN W. HICKENLOOPER, JR., in his official capacity as Governor of Colorado, *et al*.,

 Defendants.

---

## SECOND JOINT STATUS REPORT REGARDING SETTLEMENT
---

 The Parties, by and through their undersigned counsel of record, hereby submit the following Second Joint Status Report Regarding Settlement, and state as follows:

 1. On September 18, 2017, the Parties reached a settlement of all claims.

 2. The settlement agreement language is now finalized and has been approved by the State Claims Board.

 3. The Parties are in the process of gathering information regarding Medicare/Medicaid liens, if any, and completing the necessary probate and other paperwork necessary to complete the settlement. At present:

  a. All Guardians are still awaiting letters from the State regarding any potential Medicare or Medicaid liens.

  b. Co-counsel for Plaintiffs, Jim Croshal, is preparing the petition for approval of the settlement with the Pueblo County Probate Court. This petition will not be filed until the lien letters are received.

c. After the petition has been filed with the court, a hearing will be scheduled to approve the petition. All of this must take place before the settlement is final.

4. Finally, Guardians for Plaintiffs are in the process of setting up trusts for their Wards for the distribution of the settlement.

5. Given the issues remaining, the Parties propose up to and including February 16, 2018, to file a Third Status Report Regarding Settlement, or to file a Stipulation to Dismiss with Prejudice.

WHEREFORE the Parties respectfully provide this Status Report, and request up to and including February 16, 2018, for the Parties to either file a Third Status Report Regarding Settlement, or a Stipulation to Dismiss with Prejudice.

DATED this 16th day of January 2018.

*s/ Mari Newman*

_____

Darold W. Killmer
Mari Newman
Michael P. Fairhurst
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
dkillmer@kln-law.com
mnewman@kln-law.com
mfairhurst@kln-law.com

*Attorneys for Plaintiffs*

*s/ Amy Colony*

_____

Kathleen Spalding
Amy Colony
Attorney General's Office
Civil Litigation & Employment Law Section
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6634
Kit.Spalding@coag.gov
Amy.coloy@coag.gov

*Counsel for John W. Hickenlooper, Jr., Colorado Department of Human Services, Reggie Bicha, Nikki Hatch, Sarah Aurich, Laura Devries, Jennifer Burke, Michelle Ohnemus, Marit Meland, Issac Lawal, Sarah Lippe, Kristie Paluch, Carla Juarez, and Tony Gherardini*

*s/ Gabriella Stockmayer*

_____

William A. Rogers, III
Gabriella Stockmayer

                    DIETZE AND DAVIS, P.C.
                    2060 Broadway, Suite 400
                    Boulder, CO 80302
                    (303) 447-1375
                    wrogers@dietzedavis.com
                    gstockmayer@dietzedavis.com

                    *Counsel for Defendant Viki Manley*


                    *s/ Cathy Havener Greer*
                    _____
                    Cathy Havener Greer
                    William T. O'Connell
                    WELLS, ANDERSON & RACE, LLC
                    1700 Broadway, Suite 1020
                    Denver, CO 80290
                    Phone: (303) 830-1212
                    Fax: (303) 830-0898
                    cgreer@warllc.com
                    woconnell@warllc.com

                    *Counsel for Defendant Tracy Myzsak*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2018, I filed the foregoing via the CM/ECF system, which will send notice to the following:

Kathleen Spalding
Amy Colony
Attorney General's Office
Civil Litigation & Employment Law Section
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6634
Kit.Spalding@coag.gov
Amy.coloy@coag.gov

*Counsel for John W. Hickenlooper, Jr., Colorado Department of Human Services, Reggie Bicha, Nikki Hatch, Sarah Aurich, Laura Devries, Jennifer Burke, Michelle Ohnemus, Marit Meland, Issac Lawal, Sarah Lippe, Kristie Paluch, Carla Juarez, and Tony Gherardini*

William A. Rogers, III
DIETZE AND DAVIS, P.C.

2060 Broadway, Suite 400
Boulder, CO  80302
(303) 447-1375
wrogers@dietzedavis.com

*Counsel for Defendant Vicki Manley*

Cathy Havener Greer
William T. O'Connell
WELLS, ANDERSON & RACE, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
Phone: (303) 830-1212
Fax: (303) 830-0898
cgreer@warllc.com
woconnell@warllc.com

*Counsel for Defendant Tracy Myzsak*

                                                      KILLMER, LANE & NEWMAN, LLP

                                                      *s/ Jesse Askeland*
                                                      _____
                                                      Jesse Askeland