IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 17-cv-00067-PAB-CBS

K.M., by and through his next friends, J.M. and B.J.M.;
J.M., individually;
B.J.M., individually;
M.F., by and through her next friend, W.F.;
W.F., individually;
J.S., by and through his next friends, C.S. and F.S.;
C.S., individually;
F.S., individually;
S.K., by and through her next friend, THE ARC OF PUEBLO;
R.W., by and through her next friend, THE ARC OF PUEBLO;
K.S., by and through her next friend, THE ARC OF PUEBLO;
E.P., by and through his next friend, THE ARC OF PUEBLO;
D.M., by and through her next friend, THE ARC OF PUEBLO;
R.L., by and through his next friend, THE ARC OF PUEBLO;
C.H., by and through his next friend, THE ARC OF PUEBLO;
D.S., by and through his next friend, THE ARC OF PUEBLO;
R.P., by and through his next friend, THE ARC OF PUEBLO;
L.V., by and through her next friend, THE ARC OF PUEBLO;
W.S., by and through his next friend, THE ARC OF PUEBLO;
T.J.S., by and through his next friend, THE ARC OF PUEBLO;
B.C., by and through her next friend, THE ARC PIKES PEAK REGION;
P.B., by and through her next friend, THE ARC PIKES PEAK REGION; and
ESTATE OF B.B., by and through its personal representative, THE ARC OF PUEBLO,

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, JR., in his official capacity as Governor of Colorado;
COLORADO DEPARTMENT OF HUMAN SERVICES;
REGGIE BICHA;
NIKKI HATCH;
VICKI MANLEY;
SARAH AURICH;
TRACY MYSZAK;
LAURA DEVRIES;
JENNIFER BURKE;
MICHELLE OHNEMUS;
MARIT MELAND;
ISAAC LAWAL;
SARAH LIPPE;

KRISTIE PALUCH;
CARLA JUAREZ;
TONY GHERARDINI; and
JOHN & JANE DOES 1-10,

   Defendants.

## ORDER

  This matter comes before the Court upon the parties' Third Joint Status Report Regarding Settlement and Administrative Closure of Case [Docket No. 77], in which the parties state that they have entered into a settlement agreement which resolves all issues.  They request an order of this Court administratively closing this case.

  Having reviewed the matter and being fully advised in the premises, the Court finds that this case should be administratively closed subject to reopening for good cause shown pursuant to D.C.COLO.LCivR 41.2.  Wherefore, it is

  **ORDERED** that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown.  It is further

  **ORDERED** that, if no party files a stipulation to dismiss the case or a motion to reopen the case on or before June 1, 2018, this case will be dismissed with prejudice without further notice to the parties.

  DATED February 22, 2018.

            BY THE COURT:

            s/Philip A. Brimmer
            PHILIP A. BRIMMER
            United States District Judge